Thomas H. Herndon, Jr., Esq. (Bar No.: 005942003)
SCARINCI HOLLENBECK
<u>New Jersey Address</u>
1100 Valley Brook Avenue
Lyndhurst, New Jersey 07071
Telephone No.: (201) 896-4100
<u>New York Address</u>
589 8th Avenue, 16th Floor
New York, New York 10018
Telephone No.: (212) 286-0747
Facsimile No.: (212) 808-4155
Email: therndon@sh-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIAM, INC. t/a DARCARS AUTOMOTIVE GROUP | : | |
| Plaintiffs | : | <u>RULE 7.1 STATEMENT</u> |
| v. | : | No.: |
| ARCAR MOTORS, INC. | : | |
| Defendants. | : | |

Pursuant to the Federal Rules of Civil Procedure and to enable magistrate judges and judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DARCARS Automotive Group, certifies that the following corporate affiliations exists with respect to DARCARS Automotive Group: Mariam, Inc. t/a DARCARS Automotive Group.

    Respectfully Submitted,

    SCARINCI HOLLENBECK
    *Attorneys for the Plaintiff*

    By: <u>s/ Thomas H. Herndon, Jr.</u>
        Thomas H. Herndon, Jr. (Bar No.: 005942003)