**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIAM, INC. t/a DARCARS AUTOMOTIVE GROUP<br><br>Plaintiff,<br><br>v.<br><br>ARCAR MOTORS, INC.<br><br>Defendants. | Civil Action No.: 2:22-cv-04371<br><br>**R. 7.1 DISCLOSURE** |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Arcar Motors, Inc., a private non-governmental corporate party, certifies that it does not have a parent corporation and that no publicly held corporation owns more than 10% of this party's stock.

                                                       Respectfully submitted by:

                                                       **BERKOWITZ, LICHTSTEIN, KURITSKY,**
                                                       **GIASULLO & GROSS, LLC**
                                                       Attorneys for Defendant Arcar Motors, Inc.
                                                       *s/ Stewart M. Leviss*

                                                       _____
                                                       Stewart M. Leviss, Esq.
                                                       75 Livingston Avenue
                                                       Roseland, New Jersey 07068
                                                       Telephone: (973) 325-7800
                                                       Fax: (973) 325-7930

Dated: 8/24/22

{00132454}